UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY, | No. 2:19-cv-0639-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's December 19, 2019 order.

Plaintiff's request (ECF No. 14) is granted and plaintiff has until February 17, 2020, in which to file his amended complaint.

So ordered.

Dated: January 7, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE