UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID BAUGHMAN, *et al.*,<br><br>  Defendants. | No.  2:19-cv-00639-MCE-JDP (PC)<br><br>ORDER SETTING BRIEFING SCHEDULING FOR PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY<br><br>ECF Nos. 30, 31 |

Plaintiff, a state prisoner proceeding without counsel, has filed two documents in which he raises various objections to defendants' responses to discovery requests. ECF No. 30, 31. The court construes these filings as motions to compel discovery and will direct defendants to file a response to these motions.

Accordingly, it is hereby ORDERED that:

1. The documents filed at ECF Nos. 30 and 31 are construed as motions to compel defendants to provide further responses to discovery.

2. Defendants shall file an opposition or statement of non-opposition to plaintiff's motions to compel, ECF Nos. 30 and 31, within twenty-one days of the date this order is filed.

3. Plaintiff may file a reply to defendants' opposition, if any, within seven days of the date defendants' opposition is served.

1

1  IT IS SO ORDERED.

3  Dated:  December 16, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE