UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY, | Case No. 2:19-cv-00639-MCE-JDP (PC) |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS MOOT |
| v. | |
| DAVID BAUGHMAN, *et al.*, | ECF No. 39 |
| Defendants. | |

On February 3, 2022, the parties reached a settlement agreement resolving plaintiff's claims. ECF No. 45. Accordingly, defendants' motion for summary judgment, ECF No. 39, is denied as moot.

IT IS SO ORDERED.

Dated:   February 4, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE